Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 – Telephone
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al._<br><br>Plaintiffs,<br><br>v.<br><br>CAL-TEX MASONRY, INC., a California Corporation,<br><br>Defendant. | Case No.:  C14-3690 RS<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED BY THE COURT)**<br><br>Date:  July 2, 2015<br>Time:  10:00 a.m.<br>Ctrm:  3, 17th Floor<br>           450 Golden Gate Ave.<br>           San Francisco, CA<br>Judge:  The Honorable Richard Seeborg |

Plaintiffs respectfully request that the Case Management Conference scheduled for July 2, 2015, at 10:00 a.m., be continued for approximately forty-five (45) days, as follows:

1. As the Courts records will reflect, this action was filed on August 14, 2014 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2. Defendant failed to file a responsive pleading to Plaintiffs' Complaint. On October 10, 2014, Defendant's Default was entered by the Court.

3. On March 12, 2015, Plaintiffs filed a Request for Continuance of Case Management Conference as Plaintiffs and Defendant were engaged in discussions regarding resolution of this matter without the need for further litigation, as Defendant had been advised of

the final amounts due to Plaintiffs following Defendant's dispute of the amounts found due on its audit. On that same day, the Court continued the Case Management Conference to May 21, 2015.

4.  On May 14, 2015, Plaintiffs filed another Request for Continuance of Case Management Conference as Defendant advised Plaintiffs that it would be submitting a lump sum payment of all outstanding amounts owed to Plaintiffs within the next ten (10) days. On that same day, the Court continued the Case Management Conference to July 2, 2015.

5.  Defendant submitted a partial payment toward amounts owed to Plaintiffs, but still owes liquidated damages, interest, and attorneys' fees and costs incurred. Defendant requested a waiver of the liquidated damages assessed on its delinquent contributions, and has a pending credit from improper payments found on the audit inspection.

6.  Upon confirmation of the amount of Defendant's credit by Plaintiffs' administrator, the credit will be applied to remaining interest and attorneys' fees and costs owed to Plaintiffs. Thereafter, Defendant's request for a waiver of the liquidated damages will be brought before Plaintiffs' Board of Trustees for consideration so that the matter can be dismissed.

7.  There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately forty-five (45) days, to allow for sufficient time for Plaintiffs to apply Defendant's credit to remaining amounts owed, and for Plaintiffs' Board of Trustees to make a decision on Defendant's request for a waiver of liquidated damages owed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: June 24, 2015

**SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/
Michele R. Stafford
Attorneys for Plaintiffs

**ORDER (AS MODIFIED BY THE COURT)**

Based on the foregoing, and good cause appearing, the Case Management Conference previously scheduled for July 2, 2015 is hereby continued to **August 20, 2015 at 10:00 AM** in Courtroom 3, 17th floor, San Francisco. All related deadlines are extended accordingly.

No further continuances of the initial Case Management Conference will be granted.

**IT IS SO ORDERED.**

Date: June 24, 2015

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT