1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900 – Telephone
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  erussell@sjlawcorp.com

6  Attorneys for Plaintiffs, Bricklayers
   Local No. 3 Pension Trust, et al.
7

8                 UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  BRICKLAYERS LOCAL NO. 3 PENSION          Case No.:  C14-3690 RS
    TRUST, et al.                              ORDER
12                                           PLAINTIFFS' RESPONSE TO STANDBY
            Plaintiffs,                       ORDER OF DISMISSAL (ORDER TO
13                                           SHOW CAUSE)
         v.
14                                           Date:  Thursday, May 5, 2016
    CAL-TEX MASONRY, INC., a California       Time:  2:30 p.m.
15  Corporation,                             Ctrm:  3, 17th Floor
                                                    450 Golden Gate Ave.
16          Defendant.                              San Francisco, CA
                                             Judge: The Honorable Richard Seeborg
17

18

19        Plaintiffs Bricklayers Local No. 3 Pension Trust, et al. ("Plaintiffs") hereby respectfully

20  submit their Response to Order to Show Cause ("Response") pursuant to the Clerk's April 6,

21  2016, Notice regarding the Standby Order of Dismissal Hearing scheduled for May 5, 2016.

22        As set forth in Plaintiffs' Notice of Settlement, filed on July 20, 2015, Plaintiffs and

23  Defendant Cal-Tex Masonry, Inc. ("Defendant") had reached a settlement in this matter, which

24  was conditioned upon Defendant's compliance with the terms of its collective bargaining

25  agreement.  Specifically, upon Defendant's *timely* payment of contributions to Plaintiffs for a

26  period of twelve (12) consecutive months, beginning with the month of June 2015, Plaintiffs

27  agreed to waive the balance due by Defendant and to file a voluntary dismissal of this action.

28  Defendant immediately defaulted and failed to timely pay its June through September 2015

1    contributions to Plaintiffs. Therefore, Defendant failed to meet the conditions necessary for

2    Plaintiffs to waive the balance owed by Defendant and dismiss this action.

3         In Plaintiffs' Response to the Court's Standby Order for Dismissal filed on January 4,

4    2016, Plaintiffs informed the Court that Defendant had failed to respond to several demands for

5    payment of the amounts owed to Plaintiffs.  Plaintiffs had also offered Defendant a payment plan

6    if it could not pay the balance due in full.  Plaintiffs advised the Court that if Defendant failed to

7    respond to their most recent demand by January 8, 2016, Plaintiffs would prepare and file a

8    Motion for Default Judgment against Defendant.  On January 4, 2016, the Court's Clerk issued a

9    Notice Continuing the Standby Order of Dismissal Hearing scheduled for January 7, 2016 to

10   March 3, 2016, and ordered Plaintiffs to file a Show Cause Response by February 29, 2016.

11        After Plaintiffs filed their January 4, 2016, Show Cause Response, Defendant contacted

12   Plaintiffs regarding the amounts due and submitted a second request for a waiver of the liquidated

13   damages owed by it to Plaintiffs. Plaintiffs advised Defendant that interest and attorneys' fees

14   must be paid before its request for a waiver of liquidated damages will be considered by Plaintiffs.

15   Plaintiffs advised Defendant of the amount owed, less liquidated damages, and demanded

16   payment by March 4, 2016.

17        In Plaintiffs' Response to the Court's Standby Order for Dismissal filed on February 29,

18   2016, Plaintiffs informed the Court that upon receipt and bank clearance of Defendant's payment,

19   Plaintiffs would consider Defendant's request for a waiver of the liquidated damages.  Plaintiffs

20   also advised Defendant that if its request for a waiver of liquidated damages was denied, and

21   Defendant could not pay the amount due in full, Defendant must enter into a payment plan.

22        Defendant submitted payment of the amounts owed, less liquidated damages, and

23   Defendant's request for a waiver of the liquidated damages was presented to Plaintiffs' Board of

24   Trustees. Plaintiffs' Board of Trustees denied the waiver of a portion of the liquidated damages

25   owed by Defendant, but granted a waiver of another portion of the liquidated damages,

26   conditioned upon receipt of payment for other amounts remaining due (including the above-

27   referenced liquidated damages which were not waived, additional interest and attorneys' fees

28   incurred, and Defendant's delinquent March 2016 contributions). The waiver is also conditioned

-2-
**PLAINTIFFS' RESPONSE TO STANDBY ORDER OF DISMISSAL (ORDER TO SHOW CAUSE)**
**Case No.: C14-3690 RS**

P:\CLIENTS\BRICL\Cal Tex Masonry\Pleadings\Response to Order to Show Cause 042916.docx

1   upon Defendant's *timely* payment of contributions to Plaintiffs for a period of twelve (12)

2   consecutive months, beginning with the month of April 2016.

3          Plaintiffs advised Defendant of the  liquidated damages owed, as well as the conditions for

4   the waiver of the remaining liquidated damages held in abeyance, and demanded payment of

5   amounts owed by May 2, 2016.  Plaintiffs also advised Defendant that if it could not pay the

6   amount due in full, Defendant could enter into a payment plan.

7          As Defendant owes amounts to Plaintiffs and has a conditional waiver of liquidated

8   damages pending, Plaintiffs are unable to file a Notice of Voluntary Dismissal of this action.

9   However, the parties are in communication regarding the amounts owed to Plaintiffs and hope to

10  reach an informal resolution of this matter. If an informal resolution cannot be reached, Plaintiffs

11  intend on filing a Motion for Default Judgment against Defendant.   Therefore, Plaintiffs

12  respectfully request that the Court vacate, or alternatively continue, its Standby Order of Dismissal

13  (Order to Show Cause).

14         Respectfully submitted.

15  Dated: May 2, 2016                              **SALTZMAN & JOHNSON**
                                                    **LAW CORPORATION**

16

17                                          By:  _____/S/_____
                                                    Michele R. Stafford

18                                                  Attorneys for Plaintiffs, Bricklayers
                                                    Local No. 3 Pension Trust, et al.

19

    **IT IS SO ORDERED**.

20

21         Based on the foregoing and GOOD CAUSE APPEARING, the Standby Order of

22  Dismissal is vacated, or continued to __July 7_____ _at 1:30 p.m.

23  Date:   __5/2/16_____         _____
                                                    HONORABLE JUDGE RICHARD SEEBORG
24                                                  UNITED STATES DISTRICT  JUDGE

25

26

27

28

**PLAINTIFFS' RESPONSE TO STANDBY ORDER OF DISMISSAL (ORDER TO SHOW CAUSE)**
**Case No.: C14-3690 RS**

P:\CLIENTS\BRICL\Cal Tex Masonry\Pleadings\Response to Order to Show Cause 042916.docx